OSVALDO E. FUMO, ESQ.
Nevada bar No. 5956
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
EVERETT GOODEN

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:18-CR-00318-JCM-DJA |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| v. | ) | CONTINUE CHANGE OF PLEA |
| | ) | |
| EVERETT GOODEN, | ) | |
| | ) | |
| | ) | (First Request) |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between EVERETT GOODEN, Defendant, by and through his counsel OSVALDO E. FUMO, ESQ, and the United States of America, KEVIN SCHIFF, Assistant United States Attorney, that Change of Plea in the above-captioned matter currently scheduled for August 14, 2019, at the hour of 10:00 a.m., be vacated and continued to 30 days or to a date and time to be set by this Honorable Court.

This Stipulation is entered into for the following reasons:

1. Counsel for defendant has spoken to his client and he has no objection to this continuance.

2. Defendant Gooden is currently in custody in Pahrump and does not object to the continuance.

-1-

3. Counsel has spoken to AUSA Kevin Schiff and he has no objection to the continuance.

4. Counsel will need additional time to adequately prepare for change of plea and confer with his client regarding the issues and concerns.

5. Denial for this request for continuance would deny the parties herein time and the opportunity within which to effectively and thoroughly research and prepare for trial in this case, taking into account the exercise of due diligence.

6. Additionally, denial of this request for continuance would result in a miscarriage of justice.

7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the change of plea date.

8. The additional time requested by this stipulation, is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(8) (A), considering the factors under 18 U.S.C. 3161 (h)(8)(B)( i) and 3161 (h)(8)(B)(iv).

9. This is the first request for a continuance of the change of plea date in this case.

DATED this 13th day of August 2019.

| PITARO & FUMO, CHTD. | UNITED STATES ATTORNEY |
|---|---|
| /s/ | /s/ |
| OSVALDO E. FUMO, ESQ. | KEVIN SCHIFF, ESQ. |
| 601 LAS VEGAS BOULEVARD, SOUTH | ASSISTANT UNITED STATES ATTORNEY |
| LAS VEGAS, NEVADA 89101 | 501 LAS VEGAS BOULEVARD SOUTH. #1100 |
| ATTORNEY FOR DEFENDANT | LAS VEGAS, NEVADA 89101 |
| EVERETT GOODEN | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:18-CR-00318-JCM-DJA |
| | ) | |
| Plaintiff, | ) | |
| | ) | FINDINGS OF FACT AND |
| v. | ) | CONCLUSIONS OF LAW |
| | ) | |
| EVERETT GOODEN, | ) | |
| | ) | |
| | ) | (First Request) |
| Defendant. | ) | |
| _____ | ) | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Counsel for defendant has spoken to his client and he has no objection to this continuance.

2. Defendant Gooden is currently in custody in Pahrump and does not object to the continuance.

3. Counsel has spoken to AUSA Kevin Schiff and he has no objection to the continuance.

4. Counsel will need additional time to adequately prepare for change of plea and confer with his client regarding the issues and concerns.

5. Denial for this request for continuance would deny the parties herein time and the opportunity within which to effectively and thoroughly research and prepare for trial in this case, taking into account the exercise of due diligence.

6. Additionally, denial of this request for continuance would result in a miscarriage of justice.

7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the change of plea date.

8. The additional time requested by this stipulation, is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(8) (A), considering the factors under 18 U.S.C. 3161 (h)(8)(B)( i) and 3161 (h)(8)(B)(iv).

9. This is the first request for a continuance of the change of plea date in this case.

## **CONCLUSIONS OF LAW**

The end of justice served by granting said continuance outweigh the best interest of the public and defendants in a speedy trial since the failure to grant said continuance would likely result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18 U.S.C. 3161(h)(8) (A), considering the factors under title 18 U.S.C. 3161 (h)(8)(B)( i) and 3161 (h)(8)(B)(iv).

## **ORDER**

**IT IS ORDERED** that change of plea currently scheduled for August 14, 2019 at the hour of 10:30 a.m., be vacated and continued to this __10th__ day of __September__, 2019, at the hour of __10:30__ a/ m. in Courtroom __6A__.

DATED August 13, 2019.

_____
U.S. DISTRICT JUDGE

-4-